TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Joe Torres,<br><br>    Debtor.<br><br>---<br><br>Joe Torres,<br><br>    Plaintiff.<br><br>    v.<br><br>United States of America, et al;<br><br>    Defendants. | Case No. 2:21-bk-12801-ER<br><br>Chapter 7 Bankruptcy<br><br>Adv. Case No. 2:21-ap-01113-ER<br><br>Stipulation to Resolve Whether IRS Tax Liabilities are Subject to Discharge<br><br>Status Conference<br>Hearing Date: September 21, 2021<br>Hearing Time: 10:00 a.m.<br>Courtroom: 1568<br>Location: Roybal Federal Building<br>255 E. Temple Street<br>Los Angeles, CA |

It is hereby stipulated and agreed between Joe Torres (Plaintiff), and the United States of America, by and through their undersigned counsel, as follows:

### Procedural History

1. Plaintiff untimely filed his income tax return for 2013, and the IRS assessed his tax liability for that year on June 27, 2018.

2. Plaintiff's chapter 7 bankruptcy petition was filed on April 6, 2021, and his First Amended Complaint to Determine Dischargeabilty of Tax Liability was filed on June 26, 2021.

3. The Court entered an Order of Discharge on July 12, 2021.

### Fraudulent Return Exception

4. Tax liabilities are not subject to discharge if the debtor made a fraudulent return or willfully attempted in any manner to evade or defeat such tax. 11 U.S.C. § 523(a)(1)(C).

5. The United States, and its agency, the IRS, reserves its right to rely upon 11 U.S.C. § 523(a)(1)(C) if the United States or IRS discovers evidence that the Plaintiff has willfully attempted to evade or defeat his tax liability.

### Dischargeability of Tax Liabilities

6. Subject to the limitations described above in paragraphs 4 and 5, Plaintiff's income tax liability for tax year 2013 is subject to discharge.

///
///
///

7. The undersigned parties agree that the Court may enter an Order approving and incorporating the terms of this stipulation.

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

Dated: 7/23/2021

GAVIN GREENE
Assistant United States Attorney
Attorneys for the United States of America

Law Office of Boice & Associates

Dated: 7/22/21

BRUCE A. BOICE
Attorneys for Debtor Joe Torres

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 300 N. Los Angeles Street, Room 7211, Los Angeles, CA 90012

A true and correct copy of ***Stipulation to Resolve Whether IRS Tax Liabilities are Subject to Discharge*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/23/21, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice
List to receive NEF transmission at the email addresses stated below:

Bruce A Boice     bboice@lawyer.com, r51856@notify.bestcase.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Edward M Wolkowitz (TR)     emwtrustee@lnbyb.com, ewolkowitz@iq7technology.com;ecf.alert+Wolkowitz@titlexi.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On 7/23/21, I served the following persons and/or entities at the last known addresses in this bankruptcy se or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 7/23/21, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/23/21 | Maria Luisa Q. Parcon | /s/Maria Luisa Q. Parcon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**