| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>TRACY WILKISON<br>Acting United States Attorney<br>THOMAS D. COKER<br>Assistant United States Attorney<br>Chief, Tax Division<br>GAVIN GREENE (SBN 230807)<br>Assistant United States Attorney<br>Federal Building, Suite 7211<br>Los Angeles, CA 90012<br>Telephone: (213) 894-4600<br>Facsimile: (213) 894-0115<br>E-mail: gavin.greene@usdoj.gov<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: United States of America | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION**

| IN RE JOE TORRES,<br><br>        Debtor.<br><br>JOE TORRES,<br><br>        Plaintiff.<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | CASE NO.: 2:21-bk-12801-ER<br>CHAPTER: 7<br>ADVERSARY NO.: 2:21-ap-01113-ER |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE: Stipulation to Resolve Whether IRS Tax Liabilities are Subject to Discharge** |

PLEASE TAKE NOTE that the order or judgment titled *Order Establishing IRS Tax Subject to Discharge* was lodged on 7/23/21 and is attached. This order relates to the motion which is docket number 10.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012      Page 1      **F 9021-1.2.ADV.NOTICE.LODGMENT**

# EXHIBIT A

TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:21-bk-12801-ER |
| Joe Torres, | Chapter 7 Bankruptcy |
|     Debtor. | Adv. Case No. 2:21-ap-01113-ER |
| | Order Establishing IRS Tax Subject to Discharge |
| Joe Torres, | |
|     Plaintiff. | |
|         v. | |
| United States of America, et al; | |
|     Defendants. | |

1  The Court, having considered the Stipulation of the Joe Torres
2  (Plaintiff) and the United States of America, on behalf of its agency the
3  Internal Revenue Service, by and through their respective attorneys of
4  record, and good cause appearing,

5  **IT IS ORDERED** that the Stipulation of Plaintiff and the United
6  States resolving all claims against the United States in the above-captioned
7  complaint is hereby approved.

8  **IT IS FURTHER ORDERED** that Plaintiff's federal income tax
9  obligations for tax, interest, and penalties for the tax year 2013 is subject to
10 Discharge, pursuant to 11 U.S.C. §§ 523(a)(1)(A) and (B), and 727.

11 **IT IS FURTHER ORDERED** that the dischargeability of Plaintiff's
12 federal income tax liability for tax year 2013 may be revoked under 11
13 U.S.C. § 523(a)(1)(C) if the United States or the IRS discover evidence that
14 the Plaintiff has willfully attempted to evade or defeat said tax liabilities.

16 **IT IS SO ORDERED**.

19                                  # # #

2

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 300 N. Los Angeles Street, Suite 7211, Los Angeles, CA 90012

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED B THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/23/21, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Bruce A Boice     bboice@lawyer.com, r51856@notify.bestcase.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Edward M Wolkowitz (TR)     emwtrustee@lnbyb.com, ewolkowitz@iq7technology.com;ecf.alert+Wolkowitz@titlexi.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On 7/23/21, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 7/23/21, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/23/21 | Maria Luisa Q. Parcon | /s/ Maria Luisa Q. Parcon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**