**Adversary LODGED ORDER UPLOAD FORM**

Friday, July 23, 2021

Upload Again

CONFIRMATION :

You've successfully uploaded the order:
( **10314273.docx** )
A new order has been added

- **Office**: Los Angeles
- **Case Title**: Torres v. United States of America, by its agency Internal R
- **Case Number**: 21-01113
- **Judge Initial**: ER
- **Case Type**: ap ( Adversary )
- **Document Number**: 10
- **On Date**: 07/23/2021 @ 09:59 AM

Please print 🖨 this confirmation for future reference.

Thank You!

United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Los Angeles, CA 90012