Rob Bonta
Attorney General of California
Brian D. Wesley (State Bar No. 219018)
Supervising Deputy Attorney General
TJ Fox (State Bar No. 322938)
Deputy Attorney General
　600 West Broadway, Suite 1800
　San Diego, CA 92101
　P.O. Box 85266
　San Diego, CA 92186-5266
　Telephone:  (619) 738-9000
　Facsimile:  (619) 645-2581
　E-Mail:  TJ.Fox@doj.ca.gov
*Attorneys for Defendant State of California
Franchise Tax Board and California
Department of Tax and Fee Administration*

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JOE TORRES,<br><br>　　　　Debtor. | Case No.: 2:21-bk-12801-ER<br><br>Chapter 7<br><br>Adversary No.: 2:21-ap-01113-ER<br><br>**NOTICE OF APPEARANCE**<br><br>Judge: Hon. Ernest M. Robles |
| JOE TORRES,<br><br>　　　　Plaintiff,<br><br>UNITED STATES OF AMERICA, BY ITS AGENCY INTERNAL REVENUE SERVICE; STATE OF CALIFORNIA FRANCHISE TAX BOARD; AND CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION,<br><br>　　　　Defendant(s). | |

-1-

*In re Joe Torres*　　　　　　　　　　　　　　　　　　　Case No.: 2:21-bk-12801-ER
Notice of Appearance

1  PLEASE TAKE NOTICE that the Deputy Attorney General assigned to represent
2  Defendants State of California Franchise Tax Board and California Department of Tax
3  and Fee Administration (collectively, the "California Defendants"), hereby files this
4  Notice of Appearance to inform the Court of assigned counsel for the California
5  Defendants in this proceeding.

6      TJ Fox, Deputy Attorney General
7      600 West Broadway, Suite 1800
    San Diego, CA 92101
8      P.O. Box 85266
    San Diego, CA 92186-5266
9      Telephone: (619) 738-9154
10     Facsimile: (619) 645-2581
    E-mail: TJ.Fox@doj.ca.gov
11

12 Dated:  July 27, 2021      Respectfully submitted,

13     ROB BONTA
    Attorney General of California
14     BRIAN D. WESLEY
    Supervising Deputy Attorney General
15

16
    /s/ TJ Fox_____
17     TJ FOX
    Deputy Attorney General
18     *Attorneys for Defendant State of California Franchise Tax Board and California Department of Tax and Fee Administration*
19
20
21
22
23
24
25
26
27     -2-
28 *In re Joe Torres*      Case No.: 2:21-bk-12801-ER
Notice of Appearance

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**600 West Broadway, Suite 1800, San Diego, CA 92101**

A true and correct copy of the foregoing document entitled (*specify*):
**NOTICE OF APPEARANCE**
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **JULY 27, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Attorney for Plaintiff: Bruce A Boice (bboice@lawyer.com)**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **JULY 27, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Trustee | U.S. Trustee | Internal Revenue Service |
|---|---|---|
| **Edward M Wolkowitz (TR)** | **United States Trustee (LA)** | **PO Box 7346** |
| **Levene Neale Bender Yoo &; Brill LLP** | **915 Wilshire Blvd, Suite 1850** | **Philadelphia, PA 19101-7346** |
| **800 South Figueroa St., Suite 1260** | **Los Angeles, CA 90017** | |
| **Los Angeles, CA 90017** | | |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 27, 2021 | A. J. Lopez | /s/ A. J. Lopez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**