| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ROB BONTA<br>Attorney General of California<br>BRIAN D. WESLEY (State Bar No. 219018)<br>Supervising Deputy Attorney General<br>TJ FOX (State Bar No. 322938)<br>600 West Broadway, Suite 1800<br>San Diego, CA 92101<br>Telephone: (619) 738-9000<br>Facsimile: (619) 645-2581<br>E-Mail: TJ.Fox@doj.ca.gov<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* FTB and CDTFA | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>JOE TORRES | CASE NO.: 2:21-bk-12801-ER<br>CHAPTER: 7<br>ADVERSARY NO.: 2:21-ap-01113-ER |
|---|---|
| Debtor(s). | |
| JOE TORRES<br><br><br>Plaintiff(s),<br>vs.<br>UNITED STATES OF AMERICA, BY ITS AGENCY I.R.S.; CALIFORNIA FRANCHISE TAX BOARD; and CALIFORNIA DEPARTMENT OF TAX AND FEE ADMIN.<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]): <u>STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT</u> |

PLEASE TAKE NOTE that the order or judgment titled <u>ORDER APPROVING EXTENSION OF TIME TO RESPOND TO COMPLAINT</u>
was lodged on (*date*) <u>07/29/2021</u> and is attached. This order relates to the motion which is docket number <u>15</u>.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* | Page 1 | **F 9021-1.2.ADV.NOTICE.LODGMENT**

# EXHIBIT A

ROB BONTA
Attorney General of California
BRIAN D. WESLEY (STATE BAR NO. 219018)
Supervising Deputy Attorney General
TJ FOX (STATE BAR NO. 322938)
Deputy Attorney General
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone: (619) 738-9000
  Facsimile: (619) 645-2581
  E-Mail: TJ.Fox@doj.ca.gov
*Attorneys for Defendants California
Franchise Tax Board and California
Department of Tax and Fee Administration*

Bruce A Boice, Esq., SBN: 249296
  Law Office of Boice & Associates
  307 E. Chapman Ave., Suite 102
  Orange, CA
  TEL: 949-690-8647
  FAX: 949-612-0859
  bboice@lawyer.com
  *Attorney for Plaintiff
  Joe Torres*

## IN THE UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JOE TORRES,<br><br>          Debtor.<br><br>JOE TORRES,<br><br>          Plaintiff,<br><br>UNITED STATES OF AMERICA, BY ITS AGENCY INTERNAL REVENUE SERVICE; STATE OF CALIFORNIA FRANCHISE TAX BOARD; and CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION,<br><br>          Defendant(s). | Case No.: 2:21-bk-12801-ER<br><br>Chapter 7<br><br>Adversary No.: 2:21-ap-01113-ER<br><br><br>**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Status Conference<br><br>Date: September 21, 2021<br>Time: 10:00 AM<br>Judge: Hon. Ernest M. Robles<br>Location: 255 E Temple St., Courtroom 1568, Los Angeles, CA 90012 |

-1-

1    The Court, having considered the Stipulation to Extend Time to Respond to

2    Complaint ("Stipulation") (Dkt. No. 15) filed with this Court on July 29, 2021 and good

3    cause showing, orders that the Stipulation is approved and Defendants California

4    Franchise Tax Board and California Department of Tax and Fee Administration shall

5    have up to and including September 1, 2021 to submit an answer or otherwise respond

6    to Plaintiff's Complaint.

7

8

9                                            ###

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                          -2-

28    *In re Joe Torres*                              Case No.: 2:21-bk-12801-ER
      Order Approving Extension of Time

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

600 West Broadway, Suite 1800
San Diego, CA 92101

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___07/29/2021___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Attorney for Plaintiff: Bruce A Boice (bboice@lawyer.com)

Attorney for Defendant IRS: Gavin L Greene (gavin.greene@usdoj.gov)

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) ___07/29/2021___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Trustee: Edward M Wolkowitz (TR), Levene Neale Bender Yoo & Brill LLP, 800 South Figueroa Street, Suite 1260, Los Angeles, CA 90017

U.S. Trustee: United States Trustee (LA), 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/29/2021 | TJ Fox | /s/ TJ Fox |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.