

**Adversary LODGED ORDER UPLOAD FORM**

Thursday, July 29, 2021

CONFIRMATION :

Your Lodged Order Info:

( **10314893.docx** )
A new order has been added

- **Office**:  Los Angeles
- **Case Title**:  Torres v. United States of America, by its agency Internal R
- **Case Number**:  21-01113
- **Judge Initial**:  ER
- **Case Type**:  ap ( Adversary )
- **Document Number**:  15
- **On Date**:  07/29/2021 @ 03:51 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012