Rob Bonta
Attorney General of California
Brian D. Wesley (State Bar No. 219018)
Supervising Deputy Attorney General
TJ Fox (State Bar No. 322938)
Deputy Attorney General
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone: (619) 738-9000
  Facsimile: (619) 645-2581
  E-Mail: TJ.Fox@doj.ca.gov
*Attorneys for Defendants California Franchise Tax Board and California Department of Tax and Fee Administration*

**FILED & ENTERED**

**AUG 27 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

# IN THE UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JOE TORRES,<br><br>      Debtor. | Case No.: 2:21-bk-12801-ER<br><br>Chapter 7<br><br>Adversary No.: 2:21-ap-01113-ER<br><br>**ORDER APPROVING STIPULATION AND REQUEST FOR DISMISSAL**<br><br><u>Status Conference</u><br><br>Date: September 21, 2021<br>Time: 10:00 AM<br>Judge: Hon. Ernest M. Robles<br>Location: 255 E Temple St., Courtroom 1568, Los Angeles, CA 90012 |
| JOE TORRES,<br><br>      Plaintiff,<br><br>UNITED STATES OF AMERICA, BY ITS AGENCY INTERNAL REVENUE SERVICE; STATE OF CALIFORNIA FRANCHISE TAX BOARD; and CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION,<br><br>      Defendant(s). | |

The Court, having considered the Stipulation and Request for Dismissal (Stipulation) (Dkt. No. 19) filed with this Court on August 27, 2021 and good cause showing, orders that the Stipulation is approved. It is ordered that:

1) Plaintiff's taxes owed to Defendant State of California Franchise Tax Board (FTB) for the Tax Year 2013, including all interest and penalties, are discharged;

2) Plaintiff's taxes owed to Defendant California Department of Tax and Fee Administration (CDTFA) for the 2013-2016 tax periods on CDTFA Account No. 011-793732, including all interest and penalties, are discharged;

3) FTB and CDTFA are dismissed with prejudice as defendants in the adversary proceeding; and

4) Each party shall bear their own costs and fees.

###

Date: August 27, 2021

Ernest M. Robles
United States Bankruptcy Judge

-2-

*In re Joe Torres*　　　　　　　　　　　　　　　　　　　　　Case No.: 2:21-bk-12801-ER
Order Approving Stipulation