United States Bankruptcy Court

Central District of California

Torres,
    Plaintiff

United States of America, by its agency,
    Defendant

Adv. Proc. No. 21-01113-ER

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 27, 2021 | Form ID: pdf031 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Joe Torres, 1613 Chelsea Rd, Apt 352, San Marino, CA 91108-2419 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | California Department of Tax and Fee Administratio |
| dft | | State Of California Franchise Tax Board |
| dft | | United States of America, by its agency Internal R |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce A Boice | on behalf of Plaintiff Joe Torres bboice@lawyer.com  r51856@notify.bestcase.com |
| Edward M Wolkowitz (TR) | emwtrustee@lnbyb.com  ewolkowitz@iq7technology.com;ecf.alert+Wolkowitz@titlexi.com |
| Gavin L Greene | on behalf of Defendant United States of America  by its agency Internal Revenue Service gavin.greene@usdoj.gov, USACAC.criminal@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 27, 2021 | Form ID: pdf031 | Total Noticed: 1 |

Thomas J Fox
    on behalf of Defendant State Of California Franchise Tax Board tj.fox@doj.ca.gov

Thomas J Fox
    on behalf of Defendant California Department of Tax and Fee Administration tj.fox@doj.ca.gov

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 6

```
 1  ROB BONTA
    Attorney General of California
 2  BRIAN D. WESLEY (STATE BAR NO. 219018)
    Supervising Deputy Attorney General
 3  TJ FOX (STATE BAR NO. 322938)
    Deputy Attorney General
 4   600 West Broadway, Suite 1800
     San Diego, CA 92101
 5   Telephone: (619) 738-9000
     Facsimile: (619) 645-2581
 6   E-Mail: TJ.Fox@doj.ca.gov
    Attorneys for Defendants California
 7  Franchise Tax Board and California
    Department of Tax and Fee Administration
 8
```

**FILED & ENTERED**

AUG 27 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JOE TORRES,<br><br>Debtor. | Case No.: 2:21-bk-12801-ER<br><br>Chapter 7<br><br>Adversary No.: 2:21-ap-01113-ER |
| JOE TORRES,<br><br>Plaintiff,<br><br>UNITED STATES OF AMERICA, BY ITS AGENCY INTERNAL REVENUE SERVICE; STATE OF CALIFORNIA FRANCHISE TAX BOARD; and CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION,<br><br>Defendant(s). | **ORDER APPROVING STIPULATION AND REQUEST FOR DISMISSAL**<br><br>Status Conference<br><br>Date: September 21, 2021<br>Time: 10:00 AM<br>Judge: Hon. Ernest M. Robles<br>Location: 255 E Temple St., Courtroom 1568, Los Angeles, CA 90012 |

-1-

_____
*In re Joe Torres*                                    Case No.: 2:21-bk-12801-ER
Order Approving Stipulation

The Court, having considered the Stipulation and Request for Dismissal (Stipulation) (Dkt. No. 19) filed with this Court on August 27, 2021 and good cause showing, orders that the Stipulation is approved. It is ordered that:

1) Plaintiff's taxes owed to Defendant State of California Franchise Tax Board (FTB) for the Tax Year 2013, including all interest and penalties, are discharged;

2) Plaintiff's taxes owed to Defendant California Department of Tax and Fee Administration (CDTFA) for the 2013-2016 tax periods on CDTFA Account No. 011-793732, including all interest and penalties, are discharged;

3) FTB and CDTFA are dismissed with prejudice as defendants in the adversary proceeding; and

4) Each party shall bear their own costs and fees.

###

Date: August 27, 2021

Ernest M. Robles
United States Bankruptcy Judge

-2-

*In re Joe Torres*  Case No.: 2:21-bk-12801-ER
Order Approving Stipulation